

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

MAR - 9 2012

Stephan Harris, Clerk
Casper

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

KIT I. FOOTE, a Wyoming resident,      )
                                       )
            Plaintiff,                 )
                                       )
    v.                                 )        Civil Action No. 11-cv-60-F
                                       )
AETNA LIFE INSURANCE COMPANY, a        )
Connecticut corporation, and ARCH COAL,)
INC., a Delaware Corporation,          )
                                       )
            Defendants.                )

## ORDER GRANTING STIPULATION FOR DISMISSAL
## WITH PREJUDICE

Upon the parties' Stipulated Motion for Dismissal With Prejudice, this action is

hereby DISMISSED with prejudice.  Each party shall bear its own costs and attorneys'

fees.

DATED: _March   9_, 2012.


BY THE COURT:


_____
SCOTT W. SKAVDAHL
United States District Judge